■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. YAZUM, Appellant.— Motion to amend decision (18 A D 2d 409) and to resettle the order entered thereon. Motion granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MARGUERITE RIBERDY, Plaintiff, v. DENBY STORES, INC., Appellant, and OTIS ELEVATOR COMPANY, Respondent.— Motion to resettle order denied, without costs. In our view, and in our long standing and invariable practice as well, our award of costs in this court includes disbursements upon the appeal. (Cf. Civ Prac. Act, § 1518; *Matter of Hughes,* 231 App. Div. 770; *Webster* v. *Roe,* 126 Misc. 792.) Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MONDA ROBERTS et al., Respondents, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Appellant, and A. RICHARD O'CONNOR et al., Respondents.— Appeal dismissed as moot, without costs, it appearing upon the argument that the office in dispute was filled at a regular election held subsequent to the taking of the appeal. Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.